IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Case No. 1:10-cr-00463-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     WILLIAM CLARK,

        Defendant..

---

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for Substitute Assets pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

THAT on December 20, 2010, the United States and defendant William Clark entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure. (Doc. 36).

THAT on April 4, 2011, the Court entered a Forfeiture Money Judgment in the amount of $2,900.00 against defendant William Clark. (Doc. 81).

THAT the substitute asset, identified below, belonging to defendant is to be forfeited and applied to defendant's forfeiture money judgment totaling $2,900.00.

1

The substitute asset is more fully described as:

> $177.00 seized from defendant William Clark during the execution of a search warrant.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), defendant William Clark's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall apply to the defendant's forfeiture money judgment in the amount of $2,900.00.

The Court retains jurisdiction pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure to enter any further orders necessary for the forfeiture and disposition of the referenced substitute asset, and to entertain any third party claims that may be asserted in these proceedings.

SO ORDERED this 7th day of November, 2012.

BY THE COURT:

*s/John L. Kane*
SENIOR JUDGE JOHN L. KANE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO